IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TEMIKA A.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:21-CV-27-L-BT** |
| § | |
| **KILOLO KIJAKAZI,** Acting Commissioner § | |
| of the Social Security Administration, § | |
| § | |
| Defendant. § | |

## ORDER

On May 9, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 32) ("Report") was entered, recommending that the court affirm the decision of the Acting Commissioner of the Social Security Administration ("Commissioner") and denial of Plaintiff's applications for Social Security benefits. On May 23, 2022, Plaintiff filed objections to the Report in which she urges arguments previously presented to the magistrate judge. These arguments were addressed in detail and rejected by the magistrate judge, and the court finds no error.

Accordingly, having considered the pleadings, file, Report, and record in this case, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Plaintiff's objections to the Report are, therefore, **overruled**; the decision of the Commissioner and denial of Plaintiff's applications for Social Security benefits are **affirmed**; and this action is **dismissed with prejudice**.

**Order – Page 1**

**It is so ordered** this 24th day of May, 2022.

                                                _____
                                                Sam A. Lindsay
                                                United States District Judge